UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TERRY W. HOPPER | ] | |
|     Petitioner, | ] | |
| | ] | No. 3:13-1222 |
| v. | ] | (No. 3:13-mc-0089) |
| | ] | Judge Trauger |
| KENTUCKY STATE POLICE | ] | |
|     Respondent. | ] | |

**O R D E R**

Presently before the Court are petitioner's *pro se* habeas corpus petition (Docket Entry No.1) and an application to proceed in forma pauperis (Docket Entry No.2).

The petitioner is an inmate at the Sumner County Jail in Gallatin, Tennessee. It appears from his application that he lacks sufficient financial resources from which to pay the fee needed to file the habeas corpus petition. Therefore, petitioner's application to proceed in forma pauperis is GRANTED. 28 U.S.C. § 1915(a).

Although the petitioner is incarcerated in this judicial district, his petition questions the legality of a detainer entered against him by the Kentucky State Police quartered in Trimble County, Kentucky.

A federal district court has the discretion to transfer a habeas corpus petition to a more convenient forum. 28 U.S.C. §

1404(a). Because the petitioner is challenging an out of state detainer rather than his present confinement, this Court is not the most convenient forum for the adjudication of his claims.

Accordingly, the Clerk is directed to TRANSFER this action to the United States District Court for the Eastern District of Kentucky. 28 U.S.C. § 97(a); *See* Braden v. 30th Judicial Circuit Court of Kentucky, 410 U.S. 484, 493-94 (1973).

It is so ORDERED.

_____
Aleta A. Trauger
United States District Judge